```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   KAWAHN STRACHN,                                         :
                              Plaintiff,                   :
                  v.                                       :        19-CV-10212 (JPO)
                                                           :
   NYPD et al.,                                            :        ORDER
                              Defendants.                  :
-----------------------------------------------------------X
```

J. PAUL OETKEN, District Judge:

Defendants City of New York and Frias Railyng filed a motion to dismiss on February 24, 2020.  This Court's Individual Practices in Pro Se Cases require a Plaintiff to file an opposition brief, which is a brief making legal arguments against Defendants' motion, within four weeks of the date she is served with Defendants' motion papers.  Plaintiff has not filed an opposition.

Plaintiff's time to file an opposition is extended to August 20, 2020.  His opposition must arrive at the Court's Pro Se Office by that deadline.  If Plaintiff's opposition is not delivered to the Pro Se Office before that date, the Court will consider Defendants' motion to be unopposed.

SO ORDERED.

Dated: July 30, 2020
       New York, New York

                                        _____
                                         J. PAUL OETKEN
                                         United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*