UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAWAHN STRACHN,

                Plaintiff,

        -against-

NYPD; NYPD OFFICER GOMEZ;
LIEUTENANT EDMONDS; FRIAS
RAILYNG,

                Defendants.

19-CV-10212 (JPO)

REVISED ORDER OF SERVICE

J. PAUL OETKEN, United States District Judge:

      Plaintiff Kawahn Strachn brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. By order dated November 4, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. On November 14, 2019, this Court issued an Order of Service directing the U.S. Marshals Service to effect service on Defendants City of New York, Officer Gomez, Officer Frias Railyng, and Lieutenant Edmonds. On December 12, 2019, Plaintiff filed the unexecuted Marshal's Process Receipt and Return of Service unexecuted as to Lieutenant Edmonds and Officer Gomez. Plaintiff has requested that the U.S. Marshal's Service attempt to serve the un-served defendants at a new address. (*See* Dkt. No. 10.)

      The Clerk of Court is instructed to complete the USM-285 forms with the addresses for Defendants Officer Gomez and Lieutenant Edmonds, and deliver to the U.S. Marshals Service all documents necessary to effect service. The Clerk of Court is further instructed to mail this Order to *pro se* Plaintiff Kawahn Strachn.

      Plaintiff's time to serve Defendants Gomez and Edmonds is extended to September 30, 2020.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 30, 2020
         New York, New York

_____
J. PAUL OETKEN
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

Officer Gomez
Attn: Legal Bureau – Civil

1 Police Plaza

New York, NY 10038

Lieutenant Edmonds
Attn: Legal Bureau – Civil

1 Police Plaza

New York, NY 10038