UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAWAHN STRACHN,
                      Plaintiff,

        -v-

CITY OF NEW YORK, *et al.*,
                      Defendants.

19-CV-10212 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       The Court advised plaintiff Kawahn Strachn that it would dismiss this case unless plaintiff showed good cause as to why service upon Defendants Gomez and Edmonds was not made within 90 days. Plaintiff has not done so. Accordingly, this case is dismissed. The Clerk of Court is directed to close this case and mail a copy of this Order to plaintiff.

       SO ORDERED.

Dated: January 26, 2022
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge